# Court of Appeals
# of the State of Georgia

ATLANTA,　July 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1679. GREGORY HENDERSON v. CATHY HENDERSON.

Cathy Henderson obtained a family violence protective order against her husband, Gregory Henderson, who then filed this direct appeal. However, appeals of orders in domestic relations cases—including actions arising under the Family Violence Act, OCGA § 19-13-1 et seq.—must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved in part on other grounds by *Gilliam v. State*, __ Ga. __ (Case No. S21A0941, decided June 21, 2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Gregory Henderson's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,　07/14/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.